NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

KATIE JOHNSON
6634 DESERT QUEEN AVE.
TWENTYNINE PALMS, CA. 92277
(760) 401-0192
NO E-MAIL OR FAX

ATTORNEY(S) FOR:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KATIE JOHNSON
        Plaintiff(s),
  v.
DONALD J. TRUMP and
JEFFREY E. EPSTEIN
        Defendant(s)

CASE NUMBER: ED CV16-00797 DMG (KSx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____KATIE JOHNSON_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| PLAINTIFF KATIE JOHNSON | NO CONNECTION OR INTEREST TO ANY CORPORATE ENTITY OR ANY FOUNDATION. |
| DEFENDANT DONALD J. TRUMP | CONNECTED TO THE TRUMP ORGANIZATION, TRUMP UNIVERSITY, DONALD J. TRUMP FOR PRESIDENT CAMPAIGN AND THE DONALD J. TRUMP FOUNDATION. |
| DEFENDANT JEFFREY E. EPSTEIN | CONNECTED TO J. EPSTEIN AND COMPANY, THE FINANCIAL TRUST COMPANY AND THE JEFFREY EPSTEIN VI FOUNDATION. |

April 26, 2016
Date

Signature

Attorney of record for (or name of party appearing in pro per):

KATIE JOHNSON

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES