KATIE JOHNSON
6634 DESERT QUEEN AVE.
TWENTYNINE PALMS, CA. 92277
(760) 401-0192
NO FAX OR E-MAIL

**FILED**
2016 APR 26 AM 11:14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KATIE JOHNSON | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | ED CV16-00797 DMG (KSx) |
| v. | |
| DONALD J. TRUMP and JEFFREY E. EPSTEIN | **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT** |
| DEFENDANT(S). | |

I, KATIE JOHNSON _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed?  ☐Yes  ☑No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. In 2008 I worked as a free-lance model and earned an average of $200-$300 a month

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐Yes  ☑No

   b. Rent payments, interest or dividends?    ☐Yes  ☑No

   c. Pensions, annuities or life insurance payments?    ☐Yes  ☑No

   d. Gifts or inheritances?    ☐Yes  ☑No

   e. Any other income (other than listed above)?    ☐Yes  ☑No

   f. Loans?    ☐Yes  ☑No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

   _____

---

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

3. Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.)  ☑Yes   ☐No

If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
I have $276 in cash on hand.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐Yes   ☑No

If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? I never earned enough in any one year to have to file a return.
Approximately how much income did your last tax return reflect? ___ 0 ___

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
No one.

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C.  Sections  1621, 3571).

| California | San Bernadino County |
|---|---|
| State | County (or City) |

I, KATIE JOHNSON _____, declare under penalty of perjury that the foregoing is true and correct.

April 26, 2016
_____
Date

_____
Plaintiff/Petitioner (Signature)