Case: 5:16cv797   Doc: 4

Katie   Johnson
6634 Desert Queen Ave.
Twentynine Palms, CA 92277



No new address found

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<21394517@cacd.uscourts.gov>Subject:Activity in Case 5:16-cv-00797-DMG-KS Katie Johnson v. Donald J. Trump et al Notice of Assignment to United States Judges(CV-18) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/27/2016 at 2:11 PM PDT and filed on 4/26/2016

| | |
|---|---|
| **Case Name:** | Katie Johnson v. Donald J. Trump et al |
| **Case Number:** | 5:16-cv-00797-DMG-KS |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
NOTICE OF ASSIGNMENT to District Judge Dolly M. Gee and Magistrate Judge Karen L. Stevenson. (esa)

**5:16-cv-00797-DMG-KS Notice has been electronically mailed to:**
**5:16-cv-00797-DMG-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Katie Johnson
6634 Desert Queen Ave.
Twentynine Palms CA 92277

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to:

    District Judge **Dolly M. Gee**
    Magistrate Judge **Karen L. Stevenson**

The case number on all documents filed with the Court should read as follows:

### 5:16-cv-00797 DMG(KSx)

Most district judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. If this case has been assigned to Judge Manuel L. Real, discovery-related motions should generally be noticed for hearing before the assigned district judge. Otherwise, discovery-related motions should generally be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts. gov/judges-requirements, for additional information.

 

Clerk, U.S. District Court

April 26, 2016                         By  /s/ Edwin Sambrano
Date                                       Deputy Clerk

---

### ATTENTION

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned-district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



```
NIXIE          922772902-1N          05/05/16
               RETURN TO SENDER
               UNABLE TO FORWARD
               UNABLE TO FORWARD
               RETURN TO SENDER
```



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY - 9 2016
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY



DMG