EJ-190

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to: Jose Carlitos Roman Campos
13871 Estelle St.
Corona, CA. 92879

TEL NO.: 951 329-6299    FAX NO. (optional):
EMAIL ADDRESS: Joseroman435@yahoo.com

[✓] ATTORNEY FOR    [ ] ORIGINAL JUDGMENT CREDITOR    [✓] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 3470 Twelfth St.
MAILING ADDRESS: 3470 Twelfth St, Room 134
CITY AND ZIP CODE: Riverside 92501
BRANCH NAME: George E. Brown, Jr. Federal Building

PLAINTIFF/PETITIONER: Katie Johnson (Tiffany Trump)
DEFENDANT/RESPONDENT: Donald J. Trump, Gary E. Stevenson.

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

FILED
CLERK, U.S. DISTRICT COURT

APR 21 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

*FOR RECORDER'S USE ONLY*

CASE NUMBER: 5:16-CV-00797-DMG-KS

*FOR COURT USE ONLY*

[✓] Original judgment creditor
[✓] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address):* Katie Johnson, Jane Doe
   6634 Desert Queen Ave.
   Twentynine Palms.
   CA. 92277
   [.] Additional judgment creditors listed in Attachment 1.

2. Judgment debtor *(name and last known address):* Donald J. Trump
   1100 S Ocean Blvd,
   Palm Beach,
   FL, 33480
   [✓] Additional judgment debtors listed in Attachment 2. Gary E. Stevenson

3. Original judgment
   a. Case number *(specify):* 1:16-CV-07673-RA
   b. Entered on *(date):* 09/30/2016
   c. Recorded: Date: 10/03/2016    County: Manhattan    Instrument No.: 100373/2016
      [ ] This judgment has been recorded in additional counties, listed in Attachment 3.

4. [ ] Judgment previously renewed *(specify each case number and date):*

5. [✓] Renewal of money judgment
   a. Total judgment *(as entered or last renewed)* ...... $ 100 Million
   b. Costs after judgment *(CCP 685.090)* ........... $ 300 Million
   c. Subtotal *(add a and b)* ...................... $ 400 Million
   d. Credits to principal *(after credit to interest)* ........ $ 0
   e. Subtotal *(subtract d from c)* ................... $ 400 million
   f. Accrued interest remaining due per CCP 695.210(b) $
   g. Fee for filing renewal application ............... $ 100 million
   h. **Total renewed judgment** *(add e, f, and g)* ........ $ 1.435 Billion
   i. [ ] The amounts called for in a–h are different for each debtor. These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. January 1, 2024]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.110 et seq.
www.courts.ca.gov

EJ-190

| SHORT TITLE: Tiffany Trump (Katie Johnson) v. Donald J. Trump and other Pedos | CASE NUMBER: 5:16-CV-00797-DMG-KS |
|---|---|

5. j.   The money judgment (*check all that apply*)

(1) ☐ has a principal amount remaining unsatisfied of under $50,000 and is for a claim related to personal debt.

(2) ☐ has a principal amount remaining unsatisfied of under $200,000 and is for a claim related to medical expenses.

(3) ☑ relates to any other claims, including claims for personal debt or medical expenses that do not otherwise fit within (1) or (2).

> Note: A judgment against a natural person may be renewed only once, for five years from the date an application is filed, if the unsatisfied principal amount at the time of renewal is below $50,000 for personal debt claims or $200,000 for medical expense claims. This exception does not apply to debts incurred due to, or obtained by, tortious or fraudulent conduct, or judgments for unpaid wages, damages, or penalties owed to an employee. (Code Civ. Proc., §§ 683.110–683.120.)

6. ☑ Renewal of judgment for   ☑ possession.
☑ sale.

a. ☑ If judgment was not previously renewed, terms of judgment as entered:

Ms. Katie Johnson (real name Tiffany Trump) will now seek 4.444 Billion Dollars for not only her physical egregious sexual molestation and rape abuse, but also for her emotional and mental molestation egregious abuse which she has had to forcefully endure by the hands of Donald J. Trump, Gary E. Stevenson, and Jeffrey Epstein, and having to survive day by day till this very day because of ALL the injustice she has had to bear ALONE!!! Now, with that being said, Ms. Tiffany Trump (Katie Johnson) now rightfully seeks $7.77 Billion Dollars compensation for ONLY her emotional and injustice suffering. Ms. Johnson will NOT TAKE A Penny Less, but More is welcomed... or else
(Fine or Settlement Agreement: $7.77 Billion Dollars.)
Thank you.

b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

c. ☑ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/21/2026

Jose Carlitos Roman Campos
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

EJ-190 [Rev. January 1, 2024]   **APPLICATION FOR AND RENEWAL OF JUDGMENT**   Page 2 of 2

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

[ Print this form ]   [ Save this form ]   [ Clear this form ]