**EJ-195**

| ATTORNEY OR PARTY WITHOUT ATTORNEY   STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|

NAME: Jose Carlitos Roman Campos

FIRM NAME:

STREET ADDRESS: 13871 Estelle St.

CITY: Corona    STATE: CA    ZIP CODE: 92879

TELEPHONE NO.: 951 329-0299    FAX NO.:

EMAIL ADDRESS: joseroman4435@yahoo.com

ATTORNEY FOR (name): Katie Johnson, Jane Doe

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: 3470 Twelfth St.

MAILING ADDRESS: 3470 Twelfth St. Room 134

CITY AND ZIP CODE: Riverside 92501

BRANCH NAME: George E. Brown Jr. Federal Building & U.S Courthouse

PLAINTIFF/PETITIONER: Katie Johnson (Tiffany Trump)

DEFENDANT/RESPONDENT: Donald J. Trump, Gary E. Stevenson

FILED
CLERK, U.S. DISTRICT COURT

APR 2 1 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

| NOTICE OF RENEWAL OF JUDGMENT | CASE NUMBER: 5:16-CV-00797-DMG-KS |
|---|---|

TO JUDGMENT DEBTOR (name):

1. **This renewal extends** the period of enforceability of the judgment until

   a. ☑ 10 years from the date the application for renewal was filed.

   b. ☐ 5 years from the date the application for renewal was filed.

   (The judgment creditor should check 1b if the judgment is a money judgment; is not based on tortious or fraudulent conduct or for unpaid wages, damages, or penalties owed to an employee; and, as of the date of the application of renewal, the judgment:

   • has an unsatisfied principal amount under $50,000 and relates to a claim for personal debt; or

   • has an unsatisfied principal amount under $200,000 and relates to a claim for medical expenses.)

   (Code Civ. Proc., §§ 683.110–683.120.)

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with the court.

3. You must make this motion within **60 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900).*

Date: 04/21/2026

Jose Carlitos Roman Campos
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF JUDGMENT CREDITOR OR ATTORNEY)

See Code of Civil Procedure section 683.160 for information on method of service

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2024]

**NOTICE OF RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.160
www.courts.ca.gov

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

[ Print this form ]   [ Save this form ]   [ Clear this form ]