# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE JOHNSON<br><br>Plaintiff(s),<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:16–cv–00797–DMG–KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __4/21/2026__

Document No.:  __9__

Title of Document:  __Application for and Renewal of Judgment__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

The person submitting the Application is not named as a party to the case; prepared the Application on state court forms; did not submit a proposed Renewal of Judgment made ready for the clerk's signature; and has not provided documentation for the amount he seeks. There was no judgment entered in this matter. The Plaintiff submitted the Complaint with a Request to Proceed In Forma Pauperis, and the IFP Request was denied. The case did not proceed further, and was closed on 5/2/2016.

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ April 28, 2026_          By:  _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                             Deputy Clerk

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS